U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 6 2007

ROBERT ~~~~~~~ CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GEORGE MECHE | DOCKET NO. 07-CV-1555; SEC. P. |
| VERSUS | JUDGE DRELL |
| TIM WILKINSON | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby DISMISSED, sua sponte, under 28 U.S.C. §1915(e)(2)(B) and 1915A as frivolous and failing to state a claim for which relief can be granted.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 5th day of December, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE